**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LELAND FOSTER, | ) | CASE NUMBER: 24-cv-0389 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES. R. KNEPP II |
| | ) | |
| vs. | ) | |
| | ) | |
| PERRY'S LANDING, LLC, etc., *et al.,* | ) | DISMISSAL ENTRY |
| | ) | |
| Defendant. | ) | |
| | ) | |

* * * * * *

Now come the parties herein, by and through counsel, and represent to the Court that all matters in controversy have been settled and that this matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter be, and hereby is, dismissed with prejudice.  The Court shall retain continuing jurisdiction to enforce the terms and conditions of a certain settlement agreement entered into between the parties.  Each party to bear their own costs.

DATE: 2/7/2025

*s/ James R. Knepp II*
JUDGE JAMES R. KNEPP II

APPROVED:

/s/ Owen B. Dunn, Jr.
Owen B. Dunn, Jr. Esq.
Counsel for Plaintiff
obdjr@owendunnlaw.com

/s/ Christopher F. Parker
Christopher F. Parker, Esq.
Counsel for Defendant
cparker@gpblaw.com

1